FILED '09 MAY 13 07:44 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| LAWRENCE OSEJO, JR., Plaintiff, | CV# 08-0401-HO |
|---|---|
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, Defendant. | ORDER |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5228.71 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees are payable to Plaintiff's attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310. No costs or expenses are to be paid.

DATED this 12th day of May 2009.

Michael R. Hogan
United States District Judge